IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BETTY A. HASTEN | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:07-CV-358 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF | § | |
| SOCIAL SECURITY | § | |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration (Doc. No. 18). Defendant has not filed any objections to the Report and Recommendations. After careful consideration, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is **ORDERED** that the above-entitled Social Security action is **REMANDED** and **DISMISSED**.

**SIGNED this 19th day of November, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE